Motion GRANTED.
Status conference
set for 10/4/12 at
1:00 p.m.

# UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | u) | |
| | ) | |
| v. | ) | No. 3:11-00082-09 |
| | ) | Judge Trauger |
| NICHOLAS THERON WHITE | ) | |

## UNITED STATES' REQUEST FOR STATUS CONFERENCE

Comes now the United States and requests a status conference be set regarding defendant

White's letter which is filed at Docket Entry 1057. The defendant's letter refers to a desire to

seek to withdraw his guilty plea, which affects preparation for the scheduled trials in this matter.

Respectfully submitted,

JERRY E. MARTIN
UNITED STATES ATTORNEY

BY:     s/Sunny A.M. Koshy
SUNNY A.M. KOSHY
Assistant United States Attorney
Suite A-961
110 9th Avenue, South
Nashville, TN 37203-3870
Phone: (615) 736-5151

## CERTIFICATE OF SERVICE

I certify that on the 25th day of September, 2012, a true and correct copy of the foregoing
document was served via the Court's electronic filing system to the following:

Rayburn McGowan
42 Rutledge Street
Nashville, TN 37210

     s/Sunny A.M. Koshy
SUNNY A.M. KOSHY
Assistant United States Attorney