UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF TENNESSEE

NASHVILLE DIVISION

Motion GRANTED. Hearing reset for 10/4/13 at 10:00 a.m.

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | Case No. 3:11-00082-9 |
| v. | ) | JUDGE TRAUGER |
| | ) | |
| NICHOLAS THERON WHITE | ) | |

## MOTION TO CONTINUE SENTENCING

COMES NOW the United States of America, by and through Assistant United States Attorney Sunny A.M. Koshy, and moves the Court to continue the defendant's sentencing hearing set for February 25, 2013, since the defendant's cooperation is not yet complete.

Respectfully submitted,

JERRY E. MARTIN
UNITED STATES ATTORNEY

BY:  s/Sunny A.M. Koshy
SUNNY A.M. KOSHY
Assistant United States Attorney
Suite A-961
110 9th Avenue, South
Nashville, TN 37203-3870
Phone: (615) 736-5151